### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARRIE LYNNE VENERABLE,         ) | |
|                 Plaintiff,         ) | |
| v.         ) | Case No. 25-2271-JAR-ADM |
| KANSAS CITY KANSAS PUBLIC         )<br>SCHOOLS USD 500,         ) | |
|                 Defendant.         ) | |

### NOTICE AND ORDER TO SHOW CAUSE

To pro se plaintiff Carrie Lynne Venerable ("Venerable"):

On May 19, 2025, Venerable filed this action against defendant Kansas City Kansas Public Schools USD 500 ("KCKPS"). (ECF 1.)  Under Federal Rule of Civil Procedure 4(m), Venerable then had 90 days to serve summons on KCKPS.  The rule provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m).

More than 90 days have passed since Venerable filed the complaint.  The docket does not reflect that Venerable has served KCKPS with a summons and a copy of the complaint, nor does it show that Venerable has even presented a summons to the clerk for issuance to her for service on KCKPS.  *See* FED. R. CIV. P. 4(b)("On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal.  If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant.").  Accordingly, the court orders Venerable to show cause in writing by **September 8, 2025**, why the court should not recommend that the claims against KCKPS be dismissed without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated August 25, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
