IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CARRIE LYNNE VENERABLE,**

    **Plaintiff,**

    v.

**KANSAS CITY, KANSAS PUBLIC SCHOOL DISTRICT 500,**

    **Defendant.**

Case No. 25-2271-JAR-ADM

## ORDER TO SHOW CAUSE

On May 19, 2025, Plaintiff Carrie Lynne Venerable, proceeding pro se, filed this action against Defendant Kansas City, Kansas Public Schools USD 500, alleging several employment discrimination claims.[1]  On October 20, 2025, Defendant filed a Motion to Dismiss for failure to name an entity that is capable of suit and for insufficient service of process.[2]  The Certificate of Service on this motion shows that it was sent to Plaintiff at her address of record.  Plaintiff's deadline to respond to this motion has passed and she filed no response.[3]

Local Rule 7.1(c) provides that when a party or attorney does not timely file a response to a motion, the court will consider and decide the motion as uncontested.  "Ordinarily, the court will grant the motion without further notice."[4]  Plaintiff is therefore directed to show cause in writing, on or before **December 22, 2025**, why Defendant's motion to dismiss should not be granted as uncontested.  Plaintiffs shall also file any response to Defendant's motion by

---

[1] Doc. 1.

[2] Doc. 15.

[3] *See* D. Kan. Rule 6.1(d)(1) (providing 21-day response deadline to motions to dismiss).

[4] D. Kan. Rule 7.1(c).

**December 22, 2025**.  **If Plaintiff fails to respond to this Order, or to file a response as directed, the Court will consider Defendant's motions uncontested as described in D. Kan. Rule 7.1(c) and it will be granted without further notice**.

The Court notes that the last Order sent to Plaintiff at her address of record by certified mail was returned to sender.  The Clerk is instructed to send this Order to Show Cause to Plaintiff at her address of record by both regular and certified mail.  Plaintiff is reminded of her ongoing obligation to notify the Clerk of any change of address or telephone number.[5]

**IT IS SO ORDERED.**

Dated: December 5, 2025

S/ Julie A. Robinson<br>
JULIE A. ROBINSON<br>
UNITED STATES DISTRICT JUDGE

---

[5] D. Kan. Rule 5.1(b)(3).

2