# United States District Court

**-------------------------- DISTRICT OF KANSAS----------------------------**

**CARRIE LYNNE VENERABLE,**

**Plaintiff,**

**v.** **Case No: 25-2271-JWL**

**USD 500 KANSAS CITY, KANSAS,**

**Defendant.**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Plaintiff has failed to file an amended complaint within the time permitted by the Court's October 19, 2026, Order (Doc. 55). The case is dismissed, and the Clerk's Office shall close the case. The Clerk's office is to mail a copy of this Judgment Plaintiff.

**IT IS SO ORDERED.**

Dated: November 13, 2026

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: *s/ Sarah Spegal*
Deputy Clerk